IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DESHAWN LEE CAMPBELL,

    Petitioner,

  v.

RANDY GROUNDS,

    Respondent.

No. C 12-06089 WHA

**ORDER RE SUPPLEMENTAL BRIEFING**

After reviewing petitioner's request for oral argument and an evidentiary hearing, respondent is hereby **ORDERED TO SUBMIT A RESPONSIVE BRIEF**, no longer than 20 pages, to address the new arguments that petitioner raises in his traverse by **NOVEMBER 21, 2013, AT NOON**. In the responsive brief, respondent should also address *Amado v. Gonzales* and petitioner's request for an evidentiary hearing (Dkt. Nos. 15, 17). Petitioner may file a reply brief, no longer than five pages, by **DECEMBER 6, 2013, AT NOON**.

**IT IS SO ORDERED.**

Dated: October 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE