IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DESHAWN LEE CAMPBELL,**

　　　　　　　　　　　　Petitioner,

　　　v.

**RANDY GROUNDS, Warden,**

　　　　　　　　　　　　Respondent.

Case No. C 12-6089 WHA (PR)

~~[PROPOSED]~~ ORDER

　　On application of counsel and good cause appearing, the time to file the response to the traverse is extended to December 23, 2013. Petitioner may file his response brief by Jan. 13, 2014.

Dated: Nov. 13, 2013.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable William Alsup

1

~~[Proposed]~~ Order (C 12-6089 WHA (PR))