UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DESHAWN LEE CAMPBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY GROUNDS,<br><br>    Defendant. | Case No.  12-cv-06089-BLF<br><br>**ORDER DENYING PETITIONER'S REQUESTS FOR AN EVIDENTIARY HEARING AND ORAL ARGUMENT**<br><br>[RE:  ECF 15, 16] |

Petitioner has filed requests for an evidentiary hearing and for oral argument on the merits of his petition for writ of habeas corpus.  After reviewing the parties' briefing and the record, the Court has determined that neither an evidentiary hearing nor oral argument is warranted in this case.  *See* Rule 8(a), Rules Governing Habeas Corpus Cases under Section 2254 (requiring district court to review answer, transcripts, and state court records to determine whether an evidentiary hearing is warranted); Habeas L.R. 2254-7(a) (requiring court to "give due consideration to whether an evidentiary hearing will be held"); Habeas L.R. 2254-8(b) (granting court discretion whether to hear oral argument).

Accordingly, Petitioner's requests are DENIED.

**IT IS SO ORDERED.**

Dated:  September 26, 2014

                                                                                
BETH LABSON FREEMAN
United States District Judge