United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

DESHAWN LEE CAMPBELL,

    Petitioner,

v.

RANDY GROUNDS,

    Respondent.

Case No. 12-cv-06089-BLF

**ORDER REQUESTING STATUS UPDATE RE RIPENESS OF PENDING HABEAS PETITION FOR DISPOSITION**

Following completion of the briefing in this habeas case and submission of the petition for disposition, Petitioner DeShawn Lee Campbell obtained an order from this Court permitting him to conduct discovery. *See* Order Granting Petitioner's Motion for Leave to Conduct Discovery, ECF 48. The appropriate scope of the discovery permitted by that order currently is being litigated before Magistrate Judge Grewal. *See* Motion to Quash Subpoena, ECF 35. Petitioner's second motion for leave to conduct discovery also is pending before Judge Grewal. *See* Admin. Motion to File Under Seal Portions of Petitioner's Motion for Leave to Conduct Discovery, ECF 40.

The parties shall file a joint status update, on or before August 31, 2015, addressing the ripeness of the habeas petition for disposition in light of the pending discovery matters.

**IT IS SO ORDERED.**

Dated: 8/20/2015

_____
BETH LABSON FREEMAN
United States District Judge