# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DESHAWN LEE CAMPBELL,<br>    Petitioner,<br>  v.<br>RANDY GROUNDS,<br>    Respondent. | Case No.  12-cv-06089-BLF<br><br>**ORDER SETTING BRIEFING SCHEDULE RE PETITIONER'S MOTION FOR RELIEF FROM A NON-DISPOSITIVE ORDER OF A MAGISTRATE JUDGE** |

Petitioner has filed a motion for relief from a non-dispositive order issued by Magistrate Judge Grewal and docketed at ECF 71.[1]  Respondent may file an opposition of no more than five pages on or before October 16, 2015.  Petitioner may file a reply of no more than three pages on or before October 23, 2015.  The matter thereafter will be submitted for disposition without oral argument.

**IT IS SO ORDERED.**

Dated: October 9, 2015

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] Petitioner separately has filed a motion for relief from another non-dispositive order issued by Judge Grewal and docketed at ECF 63.