# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DESHAWN LEE CAMPBELL,<br><br>      Plaintiff,<br><br>   v.<br><br>RANDY GROUNDS,<br><br>      Defendant. | Case No.  12-cv-06089-BLF<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

On November 13, 2015, the Court issued an Order Granting Petitioner's Motions for Relief from Non-Dispositive Orders of Magistrate Judge.  *See* ECF 88.   In light of prior joint sealing requests made and granted in this case, the Court has filed the recent order under seal so as to give the parties an opportunity to propose appropriate redactions.  The parties shall file a joint administrative motion to file under seal, complying in all respects with Civil Local Rule 79-5, on or before November 30, 2015.

**IT IS SO ORDERED.**

Dated:  November 16, 2015

_____
BETH LABSON FREEMAN
United States District Judge