# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DESHAWN LEE CAMPBELL,<br>   Petitioner,<br> v.<br>RANDY GROUNDS,<br>   Respondent. | Case No. 12-cv-06089-BLF<br><br>**ORDER REQUESTING STATUS UPDATE IN SIXTY DAYS** |

  The Court requests that the parties file a status update no later than February 1, 2016 informing the Court whether discovery has been completed and, if so, whether Petitioner intends to file a motion for leave to amend the petition.

  **IT IS SO ORDERED.**

Dated: December 3, 2015

             _____
             BETH LABSON FREEMAN
             United States District Judge