IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN LEE CAMPBELL,<br><br>    Petitioner,<br><br>v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | Case No. 12-cv-06089-BLF<br><br>[PROPOSED] ORDER RE SEALING PORTIONS OF PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM AND ITS ACCOMPANYING EXHIBITS AND PROPOSED ORDER |

Good cause appearing, the Administrative Motion to File Under Seal Portions of Petitioner's Motion to Compel Compliance With Subpoena Duces Tecum and its accompanying exhibits and proposed order is granted. **IT IS HEREBY ORDERED** that petitioner may file said documents containing the redactions indicated therein. The Court will maintain separate unredacted and sealed copies of the documents in its files.

Dated: January 13, 2016

                                              /s/ Paul S. Grewal
                                              PAUL S. GREWAL
                                              United States Magistrate Judge

Order re Administrative Mtn. to Seal
Case No. 12-cv-06089-BLF