# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DESHAWN LEE CAMPBELL,<br>　　　　Petitioner,<br>　　v.<br>RANDY GROUNDS,<br>　　　　Respondent. | Case No.  12-cv-06089-BLF<br><br>**ORDER REQUESTING FURTHER STATUS UPDATE ON OR BEFORE MAY 2, 2016** |

The Court requests that the parties file a further status update on or before May 2, 2016 informing the Court whether discovery has been completed and, if so, whether Petitioner intends to file a motion for leave to amend the petition.

**IT IS SO ORDERED.**

Dated:  February 1, 2016

_____
BETH LABSON FREEMAN
United States District Judge