# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DESHAWN LEE CAMPBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY GROUNDS,<br><br>    Defendant. | Case No. 12-cv-06089-BLF<br><br>**ORDER REQUESTING FURTHER STATUS UPDATE ON OR BEFORE JULY 1, 2016** |

    The Court requests that the parties file a further status update on or before July 1, 2016 informing the Court whether discovery has been completed and, if so, whether Petitioner intends to file a motion for leave to amend the petition.

    **IT IS SO ORDERED.**

Dated: May 2, 2016

_____
BETH LABSON FREEMAN
United States District Judge