United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

DESHAWN LEE CAMPBELL,

           Plaintiff,

    v.

RANDY GROUNDS,

           Defendant.

Case No.  12-cv-06089-BLF

**ORDER REQUESTING FURTHER STATUS UPDATE ON OR BEFORE OCTOBER 7, 2016**

      The Court requests that the parties file a further status update on or before October 7, 2016 informing the Court whether discovery has been completed and, if so, whether Petitioner intends to file a motion for leave to amend the petition.

      **IT IS SO ORDERED.**

Dated:  June 30, 2016

BETH LABSON FREEMAN
United States District Judge