**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DESHAWN LEE CAMPBELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RANDY GROUNDS,<br><br>　　　　Respondent. | Case No.  12-cv-06089-BLF<br><br>**ORDER (1) GRANTING PETITIONER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PETITIONER'S MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE; DIRECTING PETITIONER TO FILE SEPARATELY BOTH UNREDACTED AND REDACTED VERSIONS OF HIS MOTION FOR RELIEF; AND SETTING A BRIEFING SCHEDULE RE THE MOTION FOR RELIEF**<br><br>**[RE: ECF 140]** |

Petitioner seeks leave to file under seal portions of a motion for relief from a non-dispositive order issued by Magistrate Judge Cousins and docketed at ECF 138.  A party moving to seal judicial records that are filed in connection with a non-dispositive motion must satisfy the "good cause" standard of Federal Rule of Civil Procedure 26(c).  *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  In this district, a party moving to seal judicial records also must comply with Civil Local Rule 79-5, which requires that a sealing request be "narrowly tailored to seek sealing only of sealable material."  Civil L.R. 79-5(b).  Here, Petitioner has shown good cause for sealing portions of his motion for relief from Judge Cousins' order.  Because of the nature of the crime involved, allowing the documents in question to be filed publicly in their entirety could put at risk the safety of one or more individuals.  The proposed redactions are narrowly tailored to leave as much information as possible available to the public.  Accordingly, Petitioner's administrative sealing motion is GRANTED.

Petitioner shall file separately both sealed and redacted versions of his motion for relief from Judge Cousins' order. On or before January 6, 2016, the California Department of Corrections and Rehabilitation shall file a response to Petitioner's motion for relief and shall submit the twenty-one pages of records in dispute in hard copy, unfiled, to the undersigned for in camera review. The matter thereafter will be submitted without oral argument.

**IT IS SO ORDERED.**

Dated: December 19, 2016

_____
BETH LABSON FREEMAN
United States District Judge