# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

DESHAWN LEE CAMPBELL,

      Plaintiff,

  v.

RANDY GROUNDS,

      Defendant.

Case No.  12-cv-06089-BLF

**ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL A PORTION OF THE COURT'S ORDER ISSUED JANUARY 27, 2017**

[Re:  ECF 152]

The Court hereby GRANTS the parties' joint administrative motion (ECF 152) requesting that the Court seal in part its Order Denying Petitioner's Motion for Relief from Non-Dispositive Order of Magistrate Judge Cousins Re CDCR's Motion to Quash Subpoena (ECF 150), which was filed conditionally under seal on January 27, 2017.

A party moving to seal judicial records that are filed in connection with a non-dispositive motion must satisfy the "good cause" standard of Federal Rule of Civil Procedure 26(c). *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  In this district, a party moving to seal judicial records also must comply with Civil Local Rule 79-5, which requires that a sealing request be "narrowly tailored to seek sealing only of sealable material."  Civil L.R. 79-5(b).  Here, the parties have shown good cause for sealing portions of the Order and their request is narrowly tailored to leave as much information as possible available to the public.

The Clerk shall file a public, redacted version of the Order which redacts the text identified in the parties' joint administrative motion.

**IT IS SO ORDERED.**

Dated:  February 2, 2017

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California